KNOTT & GLAZIER LLP
STEVEN E. KNOTT, SBN 150881
GUY P. GLAZIER, SBN 162628
DEBORAH M. PARKER, SBN 228203
601 South Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:   (213) 312-9200
Facsimile:   (213) 312-9201

201 Spear Street, Suite 1520
San Francisco, California  94105
Telephone: 415-356-1100
Facsimile:  415-356-1105

E-mail:  knott@knottglazier.com
E-mail:  glazier@knottglazier.com
E-mail:  parker@knottglazier.com

Attorneys for Plaintiff,
TEFCO, LLC

THOMAS WHITELAW & TYLER LLP
Brian Douglas Henri
Three Embarcadero Center, Suite 1350
San Francisco, California 94111-4037
Telephone:  415-820-0400
Facsimile:  415-820-0405
E-Mail:  bhenri@twtlaw.com

Attorneys for Defendants,
Macy's Retail Holdings, Inc., Charles A. Abt,
Robert E. Gisolfi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEFCO, LLC, a limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S RETAIL HOLDINGS, INC., f/k/a FEDERATED RETAIL HOLDINGS, INC., a corporation; CHARLES A. ABT, an individual; GUY A. ARCHBOLD, an individual; STEVEN C. LAGORIO, an individual; ROBERT E. GISOLFI, an individual; and DOES 1-50, <br><br> Defendants. | Case No.  C 09-03698 CW <br><br> Hon. Claudia Wilken <br> Courtroom 2 <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND THE CASE TO STATE COURT** <br><br> Date Filed: September 8, 2009 |

1         Plaintiff TEFCO, LLC ("Plaintiff") and defendants Macy's Retail Holdings, Inc.,

2    Charles Abt, and Robert Gisolfi (collectively referred to as "Removing Defendants") by

3    and through their respective attorneys of record hereby agree and stipulate as follows:

4         WHEREAS Removing Defendants were unaware that California resident

5    defendants Guy A. Archibald and Steven C. Lagorio had been served hours before the

6    filing of the Notice of Removal to federal court;

7         WHEREAS Plaintiff filed a motion to remand;

8         WHEREAS Plaintiff and Removing Defendants now agree that it is proper to

9    remand the case to state court; and

10        WHEREAS Plaintiff and Removing Defendants further agree that nothing herein

11   shall constitute a waiver of any responses of any of the defendants or Plaintiff nor does it

12   constitute a general appearance of Charles Abt who may contest that the state court has

13   jurisdiction over him; and

14        In the event that this Court does not remand this case to state court as requested by

15   this stipulation and proposed order, Plaintiff and Removing Defendants agree that they

16   will continue the hearing dates on their pending motions.  The hearing dates will be set

17   such that there will be at least twenty-one days to file responses.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    Therefore, IT IS HEREBY STIPULATED by and between Plaintiff and Removing

2    Defendants, through their undersigned counsel of record, that this case should be

3    remanded to state court.

4    DATED:  September 8, 2009          KNOTT & GLAZIER, LLP

5

6                                       By:  /s/ Deborah M. Parker
                                             Deborah M. Parker

7
                                             Attorneys for Plaintiff,
8                                            TEFCO, LLC

9    DATED:  September 8, 2009          THOMAS WHITELAW & TYLER LLP

10

11                                      By:  /s/ Brian Douglas Henri
                                             Brian Douglas Henri

12

13                                           Attorneys for Defendants,
                                             MACY'S RETAIL HOLDINGS, INC.;
14                                           CHARLES A. ABT; ROBERT E. GISOLFI

15

16

17                                  **ORDER**

18        PURSUANT TO STIPULATION, IT IS SO ORDERED that this case is remanded

19   to state court.

20   DATED:  September 14, 2009

21                                      By: _____
                                             United States District Judge
22
                                             IT IS SO ORDERED
23
                                             Judge Claudia Wilken
24

25

26

27

28